**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

**v.**                           **Case No. 4:15-cr-00200-02 KGB**

**DARIUS ANTONIO GOODMAN**                                                                              **DEFENDANT**

**ORDER**

Before the Court is defendant Darius Antonio Goodman's motion for compassionate release (Dkt. No. 162). The government responded (Dkt. No. 165). Mr. Goodman submitted additional information for consideration and filed a reply (Dkt. Nos. 166, 168, 169). The government filed a brief regarding the Court's jurisdiction to hear this matter (Dkt. No. 172).

Mr. Goodman recently submitted an additional supplement in which he states that he has received his medical records from the Bureau of Prisons ("BOP"), asks if the Court has received a copy of the records, and offers to provide the Court with a copy (Dkt. No. 173). In its response, the government asserts that Mr. Goodman's medical records do not indicate that his current health conditions are not being adequately addressed with medication or other treatment, but it did not provide Mr. Goodman's medical records to the Court (Dkt. No. 165, at 16). The government did, however, state that it could provide the records if the Court deems them necessary for its determination in this matter (Dkt. No. 165, at 16). The Court finds that a review of the records may be helpful to understanding Mr. Goodman's request for compassionate release, and, because the government is in the best position to provide Mr. Goodman's BOP medical records to the Court under seal, it is ordered to do so within fourteen days of receiving this order.

It is so ordered this 28th day of August, 2020.

_____
Kristine G. Baker
United States District Judge